# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF NEW YORK | Purchased/Filed: December 8, 2022<br>Index # 1:22-CV-07438-LDH-RER |

*MAURICIO CARVAJAL*  —  Plaintiff

against

*ROALYS MANAGEMENT CORPORATION, ET AL*  —  Defendant

STATE OF NEW YORK
COUNTY OF ALBANY     SS.:

_____JAMES PERONE_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___December 9, 2022___, at __11:00 AM__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

SUMMONS IN A CIVIL ACTION AND COMPLAINT

on

_____ROALYS MANAGEMENT CORPORATION_____, the Defendant in this action, by delivering to and leaving with _____Colleen Banahan_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, _2_ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee _40_ dollars; That said service was made pursuant to Section _306 Business Corporation Law_. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served:  Approx. Age: _35-40_   Approx. Wt: _Over 200_   Approx. Ht: _5' 4" - 5' 8"_
Color of skin: _White_   Hair color: _Brown_   Sex: _Female_   Other: _____

Sworn to before me on this
__9th__ day of December 2022

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2026

JAMES PERONE
**Attny's File No.**
Invoice•Work Order # S1885896

*SERVICO, INC., P.O. BOX 871, ALBANY, NY 12201*